824

No. 81–2004. PALM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–2014. BREWER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–2030. EDGEWOOD SCHOOL DISTRICT ET AL. v. HOOTS ET AL.;
No. 81–2032. HALLENBERG, PRESIDENT OF THE ALLEGHENY COUNTY BOARD OF SCHOOL DIRECTORS v. HOOTS ET AL.;
No. 81–2034. ALLEGHENY COUNTY SCHOOL BOARD ET AL. v. HOOTS ET AL.;
No. 81–2037. SWISSVALE AREA SCHOOL DISTRICT v. HOOTS ET AL.; and
No. 81–2038. PENNSYLVANIA ET AL. v. HOOTS ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 672 F. 2d 1107.

No. 81–2051. PETITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–2054. SECHAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–2061. NEW JERSEY v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 81–2064. NICHOL v. OREGON. Ct. App. Ore. Certiorari denied.

No. 81–2067. HAWAII v. BLOSS; and HAWAII v. HAWKINS. Sup. Ct. Haw. Certiorari denied. Reported below: 64 Haw. 148, 637 P. 2d 1117 (first case); 64 Haw. 499, 643 P. 2d 1058 (second case).

No. 81–2068. RUTUELO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.